[No. 26485-8-III.   Division Three.   January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. AMEL WILLIAM DALLUGE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 97-1-00540-2, John M. Antosz, J., entered August 6, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26999-0-III.   Division Three.   January 6, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. GILBERT PEREZ, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-1-50265-2, Vic L. VanderSchoor, J., entered March 25, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26540-4-III.   Division Three.   January 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN W. NEWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02492-4, Salvatore F. Cozza, J., entered October 23, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kulik, JJ.

[Nos. 26623-1-III; 26624-9-III.   Division Three.   January 8, 2009.]

*In the Matter of the Interest of* SHANE F.

*In the Matter of the Adoption of* SHANE F.

Appeals from judgments of the Superior Court for Spokane County, Nos. 06-5-00391-3 and 06-5-00778-1, Jerome J. Leveque, J., entered November 2, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.